**IN the INTEREST OF: J.H.R., a Minor**

**Petition of: B.R., Mother**

**In the Interest of: T.I., III, a Minor**

**Petition of: B.R., Mother**

No. 231 EAL 2017
No. 232 EAL 2017

Supreme Court of Pennsylvania.

June 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

IN the INTEREST OF: J.M.D., a Minor